SARAH V. RANDALL, Respondent, v. L. M. BLUMSTEIN, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, for non-compliance with rule XII, with liberty to move to reinstate the appeal upon proper papers. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN C. SCHRIEVER, Respondent, v. ANTONIO CERASO and Others, Appellants.— Motion denied on condition that appellant perfect the appeal, place the case on the January, 1920, calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

DAVID SILBER, Respondent, v. WATERPROOF GARMENT WORKERS UNION, etc., and Others, Appellants.— Motion denied and stay vacated. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER I. STILLWELL, as Executor, etc., Plaintiff, v. SHELTER REALTY COMPANY, INC., Appellant, Impleaded with GUSTAF W. MATTSON, Respondent, and Others, Defendants.— Motion for stay granted, on condition that defendant Shelter Realty Company within five days give a surety company bond in the sum of $500, conditioned to account for the rent from the date of the order for assistance, if the said order be affirmed or the appeal dismissed; otherwise, motion denied with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER I. STILLWELL, as Executor, etc., Plaintiff, v. SHELTER REALTY COMPANY, INC., Appellant, Impleaded with GUSTAF W. MATTSON, Respondent, and Others, Defendants.— Motion to dismiss appeal denied on condition that the appeal be perfected, and appellant be ready for argument on the first day of the January, 1920, term, to which date this cause is specially assigned. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

LINA VON KAMP, Substituted in the Place of FRED VON KAMP, Deceased, Appellant, v. VIOLET BRAMER and Another, Respondents.— Motion for stay granted on the following conditions: (1) That the appeal be perfected, the cause placed on the March, 1920, calendar, and plaintiff be ready for argument when reached; (2) that plaintiff shall pay to Frank M. Buch, receiver, monthly rent for such part of the premises as she occupies from the date of this order until the final determination of her appeal; with leave to vacate the stay now granted in case of default in the payment of such rent. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

MORRIS BERGER, Respondent, v. SARAH WEXLER and Others, Defendants, Impleaded with LENA BARNETT, Appellant.— Order of November 7, 1919, of the County Court of Kings county conditionally vacating the order entered June 18, 1919, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

SAMUEL COHEN, Appellant, v. ISAAC ROTHENBERG and JOSEPH ROTHENBERG, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

ALFRED COLE, Stockholder, etc., Respondent, v. AMERICAN BLIND STITCH MACHINE COMPANY, INC., and Others, Defendants, Impleaded with CHARLES A. DEARBORN, Appellant.— Order affirmed, with ten dollars costs and